ORIGINAL

PTS-HI (4/2016))

# UNITED STATES PRETRIAL SERVICES OFFICE
# PASSPORT RECEIPT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 31 2016
at 2 o'clock and 10 min. P M.
SUE BEITIA, CLERK

RE: SITU, BIYU

Year of Birth: 1968

Place of Birth: Guangdong

Case Number: 16-0596RLP

---

COURT ORDER entered on May 26, 2016
The above-named defendant surrendered (select one)
☐ United States Passport
☐ Foreign Passport (Country China)
XXPermanent Resident Card
Number Enter number to the custody of the U.S. Pretrial Services Office on May 31, 2016.

---

~~Defendant's Signature~~ Defense Attorney

Officer's Signature

**Recorded in the Passport Log (Sign and Date)**

Logged IN

Signature and Date

Logged OUT

Signature and Date

---

This will acknowledge receipt of Passport Number Enter number previously surrendered to the U.S. Pretrial Services Office pursuant to a prior Court Order.

Date Returned__________________ Received by: ______________________________

Purpose Returned
☐ Defendant not convicted
☐ Defendant sentenced
☐ Other

☐ Mailed via Certified Mail