ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 07 2016
at 12 o'clock and 11 min. p M.
SUE BEITIA, CLERK

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

THOMAS J. BRADY #4472
Chief, Criminal Division

LARRY L. BUTRICK #3910
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Larry.Butrick@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 16-00557SOM |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. §§ 201(b)(1)(B) and (b)(1)(C)] |
| | ) | |
| BIYU SITU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**INDICTMENT**

Count 1
(Bribery)

The Grand Jury charges that:

On or about June 12, 2015, in the District of Hawaii, the defendant, Biyu Situ, did directly and indirectly, corruptly give, offer, and promise a thing of value, to wit, five thousand dollars, to a public official, with intent to influence a public official to commit and aid in committing and to collude in, and allow, and to make the opportunity for the commission of a fraud on the United States, that is the procurement of naturalization to which she was not entitled.

All in violation of Title 18, United States Code, Section 201(b)(1)(B).

Count 2
(Bribery)

The Grand Jury further charges that:

On or about June 12, 2015, in the District of Hawaii, the defendant, Biyu Situ, did directly and indirectly, corruptly give, offer, and promise a thing of value, to wit, five thousand dollars, to a public official, with intent to induce a

//

//

//

//

public official to do an act and omit to do an act in violation of his official and lawful duty, that is, protect Biyu Situ's massage parlor business from law enforcement raids and inspections.

All in violation of Title 18, United States Code, Section 201(b)(1)(C).

DATED: September 7, 2016, at Honolulu, Hawaii.

A TRUE BILL
/s/ Foreperson
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

THOMAS J. BRADY
Chief, Criminal Division

LARRY L. BUTRICK
Assistant U.S. Attorney

UNITED STATES vs. BIYU SITU
Cr. No.
"Indictment"